```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SUE COSTELLO,                                                :
                                        Plaintiff,           :
                                                             :           23 Civ. 1553 (LGS)
                -against-                                    :
                                                             :                ORDER
PARAMOUNT GLOBAL, INC.,                                      :
                                        Defendant.           :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 2, 2023, Defendant submitted a pre-motion letter stating its intent to file a motion to compel arbitration of this matter and a motion to dismiss;

WHEREAS, an initial pretrial conference was held on May 31, 2023; For the reasons discussed at the conference, it is hereby

**ORDERED** that by **June 14, 2023**, Defendant shall file a motion to compel arbitration with an accompanying memorandum of law, not to exceed twenty-five (25) pages. It is further

**ORDERED** that by **June 28, 2023**, Plaintiff may file a response, not to exceed twenty-five (25) pages. It is further

**ORDERED** that by **July 12, 2023**, Defendant shall file a reply, not to exceed ten (10) pages. It is further

**ORDERED** that all other proceedings and motions are stayed pending adjudication of the motion to compel arbitration.

Dated: June 1, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE