UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUE COSTELLO,

                        Plaintiff,                        23-CV-1553 (LGS) (VF)

        -against-                                      **ORDER**

PARAMOUNT GLOBAL, INC.,

                        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter to address Plaintiff's letter at ECF No. 44 is hereby scheduled for **Wednesday, June 5, 2024 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:      New York, New York
                 May 21, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge