**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SUE COSTELLO,

                       Plaintiff,                           **23-CV-1553 (LGS) (VF)**

        -against-                                **<u>ORDER</u>**

PARAMOUNT GLOBAL, INC.,

                       Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       The conference in this matter to address Plaintiff's letter at ECF No. 44 is scheduled for

**<u>Wednesday, June 5, 2024 at 11:00 a.m.</u>** is hereby moved to an in-person conference. The

conference will be held in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New

York, New York.

       Plaintiff is informed that all conferences, including both telephonic and in-person

conferences, are recorded and a transcript of the conference can be requested. Further, the

conference will take place in open court, therefore a guest of the Plaintiff is permitted to attend.

       **SO ORDERED.**

DATED:     New York, New York
             May 28, 2024

                                             _____
                                             VALERIE FIGUEREDO
                                             United States Magistrate Judge