UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUE COSTELLO,

                              Plaintiff,                      **23-CV-1553 (LGS) (VF)**

       -against-                                        **ORDER**

PARAMOUNT GLOBAL, INC.,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Pursuant to the discussion at the in-person conference held today, June 5, 2024, the deadline to start arbitration is now extended to **July 31, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
                June 5, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge