UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUE COSTELLO,

                        Plaintiff,                              **23-CV-1553 (LGS) (VF)**

      -against-                                         **ORDER**

PARAMOUNT GLOBAL, INC.,

                        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff is reminded that the Court granted Defendant's motion to compel arbitration on February 1, 2024. See ECF No. 33. The Court stayed this matter and subsequently ordered that Plaintiff commence the arbitration by July 31, 2024. Additionally, as Judge Schofield indicated, see ECF No. 35, this matter may be dismissed for failure to prosecute if an arbitration is not commenced. Plaintiff is given one final extension of time, until August 30, 2024, to commence the arbitration. The parties are directed to provide a status update by September 4, 2024, indicating whether an arbitration proceeding was commenced by the stated deadline.

      **SO ORDERED.**

DATED:    New York, New York
               August 5, 2024

                                                                                       VALERIE FIGUEREDO
                                                                                      United States Magistrate Judge