**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SUE COSTELLO,

                Plaintiff,

-against-                          23 **CIVIL** 1553

                                      **JUDGMENT**

PARAMOUNT GLOBAL, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 12, 2025, the Report's recommendation is ADOPTED in full. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York

      March 13, 2025

                                                 **TAMMI M HELLWIG**
                                                  **Clerk of Court**

                 **BY:**        *K. Mango*

                                                  **Deputy Clerk**